UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60113-CR-MARRA/VALLE

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JASON GRAMA,

     Defendant.

_____/

## SENTENCING MEMORANDUM

The defendant, JASON GRAMA, by and through his undersigned counsel, and pursuant to Federal Rule of Criminal Procedure 32, respectfully submits this sentencing memorandum in support of his request for a downward variance from the applicable guideline range, and in support thereof, states the following:

### Offense Conduct and Role

After moving to South Florida from New York, Mr. Grama met Howard Frank, a co-defendant in the instant case. The defendant had known Mr. Frank as a child growing up in Brooklyn, New York.   Howard Frank befriended the defendant and his family and offered the defendant an opportunity to participate in the pharmacy business.  After months of conducting due diligence, and asking Mr. Frank numerous questions, the defendant agreed to manage a retail pharmacy.

420 S. Dixie Highway · Suite 4B · Coral Gables, FL 33146 · Tel: (305) 358-7400 · Fax: (305) 358-7222
www.roykahnlaw.com · rjk@roykahnlaw.com

After starting Physicians Choice Pharmacy, the defendant did everything possible to run the pharmacy legally and efficiently. The defendant depended upon Mr. Frank's wholesale companies (Wholesale Diabetic Supplies, Inc., HMF Distributing, Inc., and E-Pharm Wholesalers, Inc.) as the source of supply for the inventory in his retail pharmacy. During the operation of the pharmacy, Mr. Grama received products sent by Mr. Frank's companies that were non-retail diabetic test strips. The packaging on these products had original information concealed or altered. [1]

Whenever Mr. Grama would inquire about the legality of obtaining "not for retail" diabetic strips and selling them on the retail market, Mr. Frank would advise Mr. Grama that he had an attorney's opinion that it was appropriate an legal to sell and bill the product as retail diabetic test strips. Unfortunately, even though he knew better, Mr. Grama placed his trust and faith in Mr. Howard's advice.

On October 2015 Mr. Grama was sued by Abbott Laboratories for having illegally distributed non-retail diabetic test strips. In June 2017 Mr. Grama settled his civil liability with Abbott Laboratories by paying them in excess of $200,000.00. The indictment in the instant case was filed in April, 2021.

**Personal Background and Characteristics of Defendant**

Mr. Grama is 53 years old and was born and raised in Brooklyn New York. After his parents divorced, the defendant took on the responsibility of raising his sister and did all he could to ensure that she was given the opportunity to succeed in life. Mr. Grama has applied the same

---

[1] Mr. Frank and other co-defendants altered invoices, purchase orders and shipping records to hide the fact that they were selling foreign and non-retail diabetic test strips in order to deceive buyers.

420 S. Dixie Highway · Suite 4B · Coral Gables, FL 33146 · Tel: (305) 358-7400 · Fax: (305) 358-7222
www.roykahnlaw.com · rjk@roykahnlaw.com

lessons and life skills to his own three (3) children who have grown up to be well adjusted and successful citizens.   Mr. Grama spent his entire life avoiding people who could bring negative karma to his optimistic outlook on life.   In all endeavors that he chose to pursue, Mr. Grama would challenge himself to succeed.   However, Mr. Grama never chose nor desired to take shortcuts which could lead to the type of problems he faces today.

Mr. Grama looked up to his co-defendant, Howard Frank, as if he was an older brother, and took on his counsel as it related to the pharmacy business.    Although Mr. Grama had reason to believe that some of the products being sold to him by Mr. Frank's company were problematic, he relied on Howard Frank's reassurances that all this was approved by an attorney.    To this day Mr. Grama regrets not relying on his own instincts as to what was right and wrong. Instead, he subjugated his own moral compass to the opinions and advice of Mr. Frank.

This Court can see from the history and background described in the Presentence Investigation Report, and the numerous letters submitted on his behalf, that Mr. Grama did all he could to overcome the adversity and impediments thrown his way in order to drive himself forward to a successful and fulfilling life.   The defendant's total offense level of 15, with a criminal history category of I, results in a guideline range of 18 to 24 months.   However, based on the defendant's personal history and characteristics, his role in the offense and his lack of criminal history, the defense respectfully requests that you grant a downward variance pursuant to 18 U.S.C. §3553(a) and place Mr. Grama on probation for a period of three (3) years.

420 S. Dixie Highway · Suite 4B · Coral Gables, FL 33146 · Tel: (305) 358-7400 · Fax: (305) 358-7222
www.roykahnlaw.com · rjk@roykahnlaw.com

Respectfully submitted,

ROY J. KAHN, P.A.
420 S. Dixie Highway, Suite 4B
Coral Gables, Florida 33146
Tel:  (305) 358-7400
Fax: (305) 358-7222

/s/Roy J. Kahn
ROY J. KAHN
Florida Bar No. 224359
rjk@roykahnlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **January 5, 2022,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record.

/s/  Roy J. Kahn
ROY J. KAHN

420 S. Dixie Highway · Suite 4B · Coral Gables, FL 33146 · Tel: (305) 358-7400 · Fax: (305) 358-7222
www.roykahnlaw.com · rjk@roykahnlaw.com